1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TIMOTHY JAMES ORTEGA

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   NO.  1:06-cr-00325 0WW
                                      )
12          Plaintiff,                )   STIPULATION TO CONTINUE MOTIONS
                                      )   SCHEDULE AND HEARING; AND ORDER
13      v.                            )   THEREON
                                      )
14  TIMOTHY JAMES ORTEGA,             )   Date:  January 2, 2007
                                      )   Time:  9:00 A.M.
15          Defendant.                )   Judge: Hon. Oliver W. Wanger
                                      )
16  _____    )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be

20  filed on or before December 4, 2006, responses shall be filed on or before December 26, 2006, **and the**

21  **hearing on motions now set for December 4, 2006, may be continued to January 2, 2007, at**

22  **9:00 A.M.**

23      The grounds for the continuance are further defense preparation and investigation, and preparation

24  of any appropriate motions on defendant's behalf..

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: October 24, 2006     By:    /s/ Ann H. Voris with consent of
                                          Kimberly Sanchez
                                   KIMBERLY SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: October 24, 2006     By:    /s/ Ann H. Voris
                                   ANN H. VORIS
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   TIMOTHY JAMES ORTEGA

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    October 25, 2006**            **/s/ Oliver W. Wanger**
emm0d6                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon

-2-