# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 1 - 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| United States of America | |
| vs. | Case No. 1:06-CR-325 OWW |
| Timothy James Ortega | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Timothy James Ortega___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following conditions of release: Defendant shall not possess a firearm, destructive device, or other dangerous weapon; defendant shall be personally responsible for the cost of participation in the Electronic Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency;

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-6-06           _____  12/12/2006
Signature of Defendant    Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      12-19-06
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      12/14/06
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_____                      Dec 19, 2006
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services