DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY JAMES ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00325 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;   ORDER of **DENIAL** |
| v. | ) | |
| TIMOTHY JAMES ORTEGA, | ) | Date:  June 15, 2007 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing in the above-referenced matter now set for May 25, 2007, **may be continued to June 15, 2007, at 9:00 A.M.**

The grounds for the continuance is that the defense received and forwarded a proposed plea agreement to Mr. Ortega, who would like to discuss the offer with counsel and refine and revise certain language contained in the plea offer. The defense is confident that the agreement will be signed and defendant's change of plea entered on June 15, 2007.

///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: May 24, 2007    By:  /s/ Ann H. Voris with consent of Kimberly Sanchez
        KIMBERLY SANCHEZ
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: May 24, 2007    By:  /s/ Ann H. Voris
        ANN H. VORIS
        Assistant Federal Defender
        Attorneys for Defendant
        TIMOTHY JAMES ORTEGA

## **O R D E R**

THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION TO CONTINUE THE STATUS HEARING.  THE STIPULATION DOES NOT INDICATE WHEN THE PLEA OFFER WAS PROVIDED, AND THEREFORE DOES NOT PROVIDE ENOUGH INFORMATION TO ESTABLISH GOOD CAUSE.  AT THE LAST STATUS HEARING ON MARCH 9, 2007, THE COURT SET A MOTIONS SCHEDULE, WITH THE DATE FOR THE MOTIONS HEARING OF MAY 25, 2007.  NO MOTIONS WERE FILED.
THE INDICTMENT WAS FILED ON SEPTEMBER 28, 2007, AND THE CASE HISTORY SHOWS NUMEROUS CONTINUANCES.
WITHOUT MORE INFORMATION, GOOD CAUSE HAS NOT BEEN SHOWN TO JUSTIFY THE CONTINUANCE, AND COUNSEL SHOULD BE READY TO SET THE CASE FOR TRIAL AT THE MAY 25, 2007 HEARING.

IT IS SO ORDERED.

Dated: **May 24, 2007**    /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE