UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY JAMES ORTEGA,<br><br>Defendant. | Case No. 1:06-cr-00325-NONE<br><br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on June 25, 2021 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **June 25, 2021**

_____
UNITED STATES DISTRICT JUDGE

1